UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

J & J SPORTS PRODUCTIONS, INC.

                Plaintiff,                                 Index # 08-CV-02861

       -against-

                                           **CERTIFICATE OF SERVICE**

FAMILIA ORTEGA, LLC
d/b/a ANGEL SEAFOOD
and ANGEL ORTEGA

                Defendants,

_____

       I certify that a copy of the Initial Pretrial Conference and Civil Case Management Plan and Scheduling Order was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on March 27, 2008:

To:    Familia Ortega, LLC
        d/b/a Angel lSeafood
        414 East 138th Street
        Bronx, NY 10454

        Angel Ortega
        414 East 138th Street
        Bronx, NY 10454

                     By:    /s/ Lucille Eichler
                               Lucille Eichler
                               Paul J. Hooten & Associates
                               5505 Nesconset Highway, Suite 203
                               Mt. Sinai, NY 11766