FORM 19 – SECRETARY OF STATE – 306 BCL
**1PJH966123** – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

----------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**,

    PLAINTIFF

– vs. –

**FAMILIA ORTEGA, LLC DBA ANGEL SEAFOOD ET ANO**,

    DEFENDANT

----------------------------------------

Index No: **08 CV 02861**
Date Filed: **/ /**
Office No: **131519**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVEN AVERY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/05/2008** at **8:55AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the **SUMMONS AND COMPLAINT** upon **FAMILIA ORTEGA, LLC DBA ANGEL SEAFOOD** the **DEFENDANT** in this action by delivering to and leaving with **DONNA CHRISTIE, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section **303 LLC.**

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Division of the State of New York.

Deponent further describes the person actually served as follows:

    **SEX: FEMALE**    **COLOR: WHITE**    **HAIR: BLONDE**
    APP. AGE: **40**    APP. HT: **5'5**    APP. WT: **145**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **05/07/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

STEVEN AVERY
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER