```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.08-CV-02861 (GBD)

---

J & J SPORTS PRODUCTIONS, INC.
    Plaintiff

against

FAMILIA ORTEGA, LLC
d/b/a ANGEL SEAFOOD
ANGEL ORTEGA
    Defendant

**STIPULATION
DISCONTINUING
ACTION**

---

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned, the attorney of record for the Plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, against Angel Ortega ONLY, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 6/16/08

_____
Paul J. Hooton, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

JUN 1 7 2008

_____
George B. /**HON. GEORGE B. DANIELS**
United States District Judge