UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                        Plaintiff        CIVIL NO. 08-CV-2861

-AGAINST-

FAMILIA ORTEGA, LLC
d/b/a ANGEL SEAFOOD        **NOTICE OF MOTION FOR**
and ANGEL ORTEGA          **DEFAULT JUDGMENT**

                        Defendant
--------------------------------------------------X

Sirs:

      PLEASE TAKE NOTICE that a final judgment of which the within is a copy will be presented to the Honorable George B. Daniels, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 15th day of July, 2008 at 12:00 o'clock p.m.

Mt. Sinai, NY
June 26, 2008        By:   /s/ Paul J. Hooten
                                       Paul J. Hooten
                                       Paul J. Hooten & Associates
                                       5505 Nesconset Highway, Suite 203
                                       Mt. Sinai, NY 11766

To:   Familia Ortega, LLC
       d/b/a Angel Seafood
       414 East 138th Street
       Bronx, NY 10454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                        Plaintiff                    CIVIL NO. 08-CV-2861

  -AGAINST-

FAMILIA ORTEGA, LLC
d/b/a ANGEL SEAFOOD
and ANGEL ORTEGA                         **DEFAULT JUDGMENT**

                        Defendant
----------------------------------------------------X

      This action having been commenced on March 18, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Familia Ortega, LLC, d/b/a Angel Seafood on May 5, 2008, and a proof of service having been filed on May 12, 2008, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $5,850.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,320.00.

Dated: New York, New York
       _____

                                                _____
                                                George B. Daniels
                                                United States District Judge

                                                This document was entered on the docket
                                                on _____