```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff       CIVIL NO. 08-CV-2861

-AGAINST-

FAMILIA ORTEGA, LLC
d/b/a ANGEL SEAFOOD
and ANGEL ORTEGA                **DEFAULT JUDGMENT**

                Defendant
-----------------------------------------------------------X

    This action having been commenced on March 18, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Familia Ortega, LLC, d/b/a Angel Seafood on May 5, 2008, and a proof of service having been filed on May 12, 2008, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $5,850.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,320.00.

Dated: New York, New York
       JUL 07 2008

                                          George B. Daniels
                                          George B. Daniels   **HON. GEORGE B. DANIELS**
                                          United States District Judge

                                          This document was entered on the docket
                                          on _____